UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 7, 2011

No. 10-2966

Efrain Hidalgo, Sr.,
                    Appellant

v.

Raymond Sobina, et al.

(W.D. Pa. No. 3-08-cv-00138)

Present:  BARRY and STAPLETON, Circuit Judges

Motion by Appellant to File Exhibit to Petition for Rehearing.


Respectfully,
Stephanie/smw

ORDER
The motion for leave to file an exhibit to the petition for rehearing is granted.  The petition for panel rehearing is granted and the Court's order, filed December 3, 2010, is hereby vacated.  As Judge Fisher is recused, this appeal will be assigned to a reconstituted panel of the Court.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated:   February 10, 2011
Smw/cc:   Efrain Hidalgo, Sr.
              Andrea F. McKenna, Esq.



**A True Copy:**

Marcia M. Waldron, Clerk